IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Caterpillar Financial Services Corporation, ) | |
| ) | Case No. 3:10-cv-0993 |
| Plaintiff, ) | |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Knowles |
| ) | |
| Cooterneck Lane, LLC, ) | |
| ) | |
| Defendant, ) | |

## DEFAULT JUDGMENT

Pending is Plaintiff's Motion for Default Judgment against Defendant (Docket Entry No. 27). The motion is granted as noted below. Service was made upon Defendant on March 21, 2011 and Default was entered pursuant to Federal Rule of Civil Procedure 55(a) on October 4, 2011 (Docket Entry No. 26). Defendant has not filed an Answer as of the date of this Default Judgment.

In accordance with the Affidavit filed by Plaintiff (Docket Entry No. 28), Plaintiff is awarded the sum of $173,230.89 including late fees and interest through the filing of its motion for default judgment on April 30, 2012. Plaintiff also is awarded additional late fees and interest per its contract with Defendant from May 1, 2012, through the entry of this Default Judgment in an amount to be calculated by Plaintiff and post-judgment interest at the statutory rate.

Plaintiff seeks attorney fees and costs in the amount of $6,736.58. The Clerk may not grant those fees and costs pursuant to Federal Rule of Civil Procedure 55(b)(1). Plaintiff may file a motion before the Court pursuant to Federal Rule of Civil Procedure 54(d)(2) for attorney fees and costs.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1